IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CB3007 |
|---|---|
| Plaintiff, | |
| vs. | VIOLATION NOTICES: W0800373, W0800374 and W0800375 |
| JESSE SONNIER, | ORDER |
| Defendant. | |

Upon motion of the government, this matter shall be continued to February 7, 2019 at 8:30 a.m.

IT IS SO ORDERED this 31st day of July, 2018.

_____
CHERYL R. ZWART
United States Magistrate Judge