IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>vs.<br><br>JESSE J. SONNIER,<br><br>                Defendant. | **4:18CB3007**<br><br>**ORDER** |

Upon the defendant's oral motion to continue making installment payments, and for good cause shown:

IT IS ORDERED:

1) Defendant is permitted to continue making installment payments to complete the total collateral amount due of $1040.00. (A balance of $530.00 is due on violation W0800374 and a balance of $510.00 is due on violation W0800375.) Payments of $200.00 each shall be due June 1, 2020, and continue monthly until paid in full.

2) No interest, penalties, or additional fees will accrue on the amount due during the three months the installment payments are being made.

3) If payment is not made in full, Defendant is ordered to appear at 8:30 a.m. on November 5, 2020 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to show cause why a bench warrant should not be issued for the defendant's arrest for failure to pay the violation.

2

4) The clerk shall forward a copy of this Order to the Central Violations Bureau.

May 11, 2020.

                                                BY THE COURT:

                                                s/ Cheryl R. Zwart
                                                United States Magistrate Judge