IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>JESSIE J. SONNIER,<br><br>                    Defendant. | **4:18CB3007**<br><br>**CITATIONS W0800374 AND W0800375**<br><br>**ORDER** |

IT IS ORDERED:

1) On the court's own motion, and without objection by the government, the defendant is granted until February 4, 2021 to finish paying his fine and costs.

2) Defendant is permitted to continue making installment payments to complete the total collateral amount due of $840.00. (A balance of $430.00 is due on violation W0800374 and a balance of $410.00 is due on violation W0800375.)

3) No interest, penalties, or additional fees will accrue on the amount due during the three months the installment payments are being made.

4) If payment is not made in full, Defendant is ordered to appear at 8:30 a.m. on February 4, 2021 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant is granted leave to appear by telephone or Zoom videoconferencing using the attached instructions.

5) The defendant and counsel for the government shall attend the hearing.

6) The United States shall serve a copy of this Order on the defendant and file a certificate of service stating it has done so. The certificate of service shall state the method of service, date of service, and identity and address of the person served.

November 6, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

1) Defendant's Show Cause Hearing will be held at 8:30 a.m. on February 4, 2021 before Magistrate Judge Cheryl R. Zwart.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant may appear by videoconference using Zoom with the connection information below, or by telephone by calling **669-254-5252**, and when prompted dial the meeting ID and password information below.

   https://ned-uscourts.zoomgov.com/j/1618386643?pwd=VUYzM3ltQnhITzBPMEJwdmpGSzIrUT09

   Meeting ID:  161 838 6643
   Password: 393810
   IP/H.323: 161.199.138.10
   SIP: 161 838 6643@sip.zoomgov.com